UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JUAN CUBUR-TOCAY,

    Petitioner,

v.

IMMIGRATION AND NATURALIZATION SERVICE, et al.,

    Respondents.
_____/

Case No. 1:15-cv-1332

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondents and against Petitioner.

Dated: June 28, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge